UNITED STATES DISTRICT COURT
FOR THE DISRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Petitioner,<br><br>v.<br><br>DAVID WERRELL,<br>Respondent. | Misc. No. 9:23-mc-00700-DCN |

**NOTICE OF SCHEDULED INVESTIGATIONAL HEARING AND**
**REQUEST TO POSTPONE ENTRY OF DEADLINES TO RESPOND TO PETITION**

Petitioner Federal Trade Commission ("Commission") gives notice that Respondent has agreed through counsel (Roth Jackson Gibbons Condlin, PLC) to sit for an investigational hearing pursuant to the Commission's March 24, 2023 Civil Investigative Demand ("CID") without further involvement of the Court. Respondent's hearing is scheduled for October 6, 2023. Should Respondent come into compliance with his obligations under the CID, the Commission would voluntarily dismiss this matter.

In order to allow time for such compliance, the Commission asks that the Court postpone entry of any orders or imposition of any deadlines in this matter until on or after October 10, 2023.

                                                  Respectfully submitted,

                                                  ADAIR F. BOROUGHS
                                                  United States Attorney
                                                  District of South Carolina

                                                  s/Stanley D. Ragsdale
                                                  Stanley D. Ragsdale (#3197)
                                                  Assistant U.S. Attorney
                                                  U.S. ATTORNEY'S OFFICE
                                                  1441 Main St., Suite 500
                                                  Columbia, SC 29201

Telephone: (803) 917-9943
Fax: (803) 254-2912
Stan.Ragsdale@usdoj.gov

ANISHA S. DASGUPTA
*General Counsel, Federal Trade Commission*
MICHELE ARINGTON
*Assistant General Counsel for Litigation, Federal Trade Commission*

M. Elizabeth Howe *(admission pro hac vice forthcoming)*
Colin D.A. MacDonald *(admission pro hac vice forthcoming)*
FEDERAL TRADE COMMISSION
Northwest Region
916 2nd Avenue, Suite 2896
Seattle, WA 98174
Telephone: (206) 220-6350
Fax: (206) 220-6366
mhowe@ftc.gov; cmacdonald@ftc.gov

*Attorneys for Petitioner*

September 29, 2023